**No. 09-8544. Marjil Lee Bergara, Petitioner v. United States.**

561 U.S. 1039, 130 S. Ct. 3538, 177 L. Ed. 2d 1117, 2010 U.S. LEXIS 5316.

June 28, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 960, 130 S. Ct. 1560, 176 L. Ed. 2d 147, 2010 U.S. LEXIS 1150.

---

**No. 09-8986. Joan Ochei, Petitioner v. All Care/Onward Healthcare, et al.**

561 U.S. 1039, 130 S. Ct. 3538, 177 L. Ed. 2d 1117, 2010 U.S. LEXIS 5312.

June 28, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1072, 130 S. Ct. 2099, 176 L. Ed. 2d 731, 2010 U.S. LEXIS 3322.

---

**No. 09-9150. Gloria D. Smith, Petitioner v. Estes Express.**

561 U.S. 1039, 130 S. Ct. 3538, 177 L. Ed. 2d 1117, 2010 U.S. LEXIS 5273.

June 28, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1076, 130 S. Ct. 2109, 176 L. Ed. 2d 737, 2010 U.S. LEXIS 3291.

---

**No. 09-9323. Jerome Julius Brown, Petitioner v. Howard County Police Department, et al.**

561 U.S. 1039, 130 S. Ct. 3539, 177 L. Ed. 2d 1117, 2010 U.S. LEXIS 5287.

June 28, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1108, 130 S. Ct. 2406, 176 L. Ed. 2d 927, 2010 U.S. LEXIS 3821.

---

**No. 09-9324. Jerome Julius Brown, Petitioner v. Council, Baradel, Kosmerl & Nolan, et al.**

561 U.S. 1039, 130 S. Ct. 3539, 177 L. Ed. 2d 1117, 2010 U.S. LEXIS 5315.

June 28, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1108, 130 S. Ct. 2406, 176 L. Ed. 2d 927, 2010 U.S. LEXIS 3772.

---

**No. 09-9325. Jerome Julius Brown, Petitioner v. Upper Marlboro Town Police, et al.**

561 U.S. 1039, 130 S. Ct. 3539, 177 L. Ed. 2d 1117, 2010 U.S. LEXIS 5275.

June 28, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1108, 130 S. Ct. 2406, 176 L. Ed. 2d 927, 2010 U.S. LEXIS 3677.

---

**No. 09-9346. Injah E. Tafari, Petitioner v. Sheldon Stein, et al.**

561 U.S. 1039, 130 S. Ct. 3539, 177 L. Ed. 2d 1117, 2010 U.S. LEXIS 5317.

June 28, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1109, 130 S. Ct. 2407, 176 L. Ed. 2d 927, 2010 U.S. LEXIS 3855.